**NEW LIBERTY HOSPITAL DISTRICT, Appellant,**

v.

**Tamara KUSTER, Defendant,**

**Division of Employment Security, Respondent.**

**No. WD 59669.**

Missouri Court of Appeals, Western District.

Oct. 9, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 2001.

Kelly L. McClelland and Conway L. Hawn, Liberty, for appellant.

Sharon A. Willis, Kansas City, for respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN and JAMES M. SMART, JR., JJ.

### ORDER

PER CURIAM:

New Liberty Hospital District appeals the decision of the Labor and Industrial Relations Commission which found that Tamara Kuster is entitled to unemployment compensation benefits.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).